# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEODORE SMITH

NO. 2023 KW 0170

**MARCH 27, 2023**

---

In Re:    Theodore Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 220022.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the state's answer, if any, the trial court's ruling and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.c~_
_____
DEPUTY CLERK OF COURT
FOR THE COURT